UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215) 597-7704

February 14, **RECEIVED**

Richar W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

FEB 2 8 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MDL-875
IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION
**(SEE ATTACHED LIST)**

Dear Clerk:

   The enclosed Conditional Transfer Order (CTO-257) is being sent to you regarding the involved actions. They have been properly identified as multidistrict litigation asbestos cases. However, pursuant to the opinion and order of 7/29/91, 771 F.Supp. 415, our court is not accepting the original records and/or docket responsibility on the involved 93,000 actions.

   **Please do not forward the original record, certified docket entries and/or a certified copy of the transfer order to this District.**

Please continue to process the litigation in your court, per the opinion, pretrial and administrative orders. If you have any questions please contact me at (267) 299-7019.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

Sharon Carter
MDL Coordinator

enclosure

A CERTIFIED TRUE COPY

FEB - 9 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 24 2006

FILED
CLERK'S OFFICE

DOCKET NO. 875

C 05- 4085 CRB

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

FILED
FEB 28 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-257)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 80,139 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB - 9 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 2-14-06

ATTEST: _____
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

## SCHEDULE CTO-257 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DIST. DIV. C.A. #          CASE CAPTION

**ALABAMA NORTHERN**
ALN 2  05-2148            Mildred Armstead, et al. v. A.O. Smith Electrical Products Co., et al.
ALN 4  05-2316            Linda McClain v. Dow Chemical Co., et al.
~~ALN 4  05-2466~~        ~~Charles Richard Archer, et al. v. Mead Corp., et al.~~ Opposed 2/8/06
~~ALN 4  05-2472~~        ~~Rebekah Riggs, etc. v. Mead Corp., et al.~~ Opposed 2/8/06
~~ALN 4  05-2473~~        ~~Alford McGuffie v. Mead Corp., et al.~~ Opposed 2/8/06

**CALIFORNIA EASTERN**
CAE 2  05-1751            Dennis Morgen, et al. v. United States Department of the Navy

**CALIFORNIA NORTHERN**
CAN 3  05-3107            Ronald Dutton v. Todd Shipyards Corp., et al.
CAN 3  05-4084            Charlton Clemmer v. Viad Corp., et al.
CAN 3  05-4085            Radall Kash, et al. v. Viad Corp., et al.
CAN 3  05-4346            Aurelio Sanchez v. General Electric Co., et al.
CAN 3  05-4347            Richard Marcelja v. Todd Shipyards Corp., et al.
CAN 3  05-4348            Joanne Thomas, et al. v. Viad Corp., et al.
CAN 3  05-4510            Kevan Caverhill, et al. v. General Electric Co., et al.

**ILLINOIS SOUTHERN**
~~ILS 3  05-685~~         ~~John Rogers v. Illinois Central Railroad Co.~~ Opposed 2/9/06

**INDIANA SOUTHERN**
INS 1  05-1572            Janet Casper, et al. v. The Dow Chemical Co., et al.
INS 3  05-223             Jack S. McGrath v. Consolidated Rail Corp., et al.

**LOUISIANA EASTERN**
~~LAE 2  05-5221~~        ~~Beatrice M. Chiasson, et al. v. Honeywell International, Inc., et al.~~
                          Opposed 2/8/06
LAE 2  05-6078            Stanley Christian v. Gulf States Asphalt Co., Inc., et al.

**LOUISIANA MIDDLE**
LAM 3  05-1406            Michael J. McFarlain v. Northrop Grumman Systems Corp., et al.

**MASSACHUSETTS**
MA 1  05-12184            Michael Levesque, etc. v. Amchem Products, Inc., et al.

**MARYLAND**
MD 1  94-3508             Minnie Pulley v. Corhart Refractories Co., et al.
MD 1  05-2948             Donald Faust, et al. v. Anchor Packing Co., et al.
MD 1  05-3277             Carol E. Hunt, etc. v. Anchor Packing Co., et al.

**MINNESOTA**
MN 0  05-2782             Darrel Raymond Delage v. Garlock Sealing Technologies, L.L.C., et al.
MN 0  05-2784             Kurt Gauthier, et al. v. Garlock Sealing Technologies, L.L.C., et al.
MN 0  05-2785             Marvin Giese v. Garlock Sealing Technologies, L.L.C., et al.
MN 0  05-2786             Melvin O. Haugen v. Garlock Sealing Technologies, L.L.C., et al.

SCHEDULE CTO-257 - TAG-ALONG ACTIONS - MDL-875                                Page 2 of 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MINNESOTA** | |
| MN 0 05-2787 | James J. Kozar v. Garlock Sealing Technologies, L.L.C., et al. |
| MN 0 05-2788 | Lawrence J. Lenk v. Garlock Sealing Technologies, L.L.C., et al. |
| MN 0 05-2789 | Robert J. Morton v. Garlock Sealing Technologies, L.L.C., et al. |
| MN 0 05-2790 | Loren Louis Radtke v. Garlock Sealing Technologies, L.L.C., et al. |
| MN 0 05-2791 | Warren Robert Salo v. Garlock Sealing Technologies, L.L.C., et al. |
| MN 0 05-2792 | Robert John Smith v. Garlock Sealing Technologies, L.L.C., et al. |
| MN 0 05-2793 | Anthony Robert Turk v. Garlock Sealing Technologies, L.L.C., et al. |
| MN 0 05-2794 | Bonnie Walden v. Garlock Sealing Technologies, L.L.C., et al. |
| **MISSOURI EASTERN** | |
| ~~MOE 4 05-1356~~ | ~~Ronald G. Toppins v. 3M Co.~~ Opposed 2/6/06 |
| ~~MOE 4 05-1357~~ | ~~Dwight R. Johnson v. 3M Co.~~ Opposed 2/6/06 |
| **MISSISSIPPI NORTHERN** | |
| MSN 1 05-158 | Edward M. Duncan v. Allied Signal, Inc., et al. |
| MSN 1 05-180 | Janet K. Flemmings, et al. v. Baldor Electric Co., et al. |
| MSN 1 05-181 | Mary Sue Fulgham, etc. v. Baldor Electric Co., et al. |
| MSN 1 05-182 | Elba Buchanan, etc. v. Baldor Electric Co., et al. |
| MSN 1 05-183 | Ivy Jane Fuller, etc. v. Baldor Electric Co., et al. |
| MSN 1 05-184 | Margaret Mims Foster, etc. v. Baldor Electric Co., et al. |
| MSN 1 05-255 | Claude Riley v. Georgia-Pacific Corp., et al. |
| MSN 1 05-260 | Kelsie Dickens v. Certainteed Corp., et al. |
| MSN 1 05-261 | William Carr v. Certainteed Corp., et al. |
| MSN 1 05-263 | Martha Harmon, etc. v. Garlock, Inc., et al. |
| MSN 1 05-274 | Bobby Gene Puckett v. Mississippi Rubber & Specialty Co., et al. |
| MSN 1 05-286 | Lillie Wilson v. Dowman Products, Inc., et al. |
| MSN 1 05-307 | Owen Wallace v. Dowman Producrts, Inc., et al. |
| MSN 2 05-116 | Roy R. Collins v. Autozone Mississippi, Inc., et al. |
| MSN 3 05-76 | Johnny L. Meeks v. Autozone Mississippi, Inc., et al. |
| **NORTH CAROLINA EASTERN** | |
| NCE 2 05-36 | Mary L. McCuller, et al. v. Albany International Corp., et al. |
| NCE 4 05-113 | Barbara Cox Sullivan, et al. v. Albany International Corp., et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 05-935 | Ralph Arthur Denson, et al. v. Anchor Packing Co., et al. |
| NCM 1 05-963 | Bertie E. Eversley, et al. v. Anchor Packing Co., et al. |
| NCM 1 05-976 | Clarence M. Jackson, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 05-977 | Charles Douglas Peoples, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 05-1013 | Charles D. Harrison, et al. v. Airco, Inc., et al. |
| NCM 1 05-1026 | Harry Clark Carver, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 05-1027 | Charlie J. Richardson, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 05-1028 | Tony C. Heilig, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 05-1112 | John Thomas Simpson, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 05-1126 | Joe Louis Neal, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 05-1142 | Delmar E. Ritter v. Airco, Inc., et al. |
| NCM 1 05-1160 | Jamal Brown, etc. v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1 04-246 | David A. Henson, et al. v. Fluor Daniel, Inc., et al. |

SCHEDULE CTO-257 - TAG-ALONG ACTIONS - MDL-875                                               Page 3 of 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NORTH CAROLINA WESTERN** | |
| NCW 1 05-317 | Clarence J. Deck, et al. v. Airco, Inc., et al. |
| NCW 1 05-325 | Steve Hanak, Jr., et al. v. Airco, Inc., et al. |
| NCW 1 05-335 | Carol Thomas Jolley v. Aqua-Chem, Inc., et al. |
| NCW 1 05-336 | Lynn Wesley Jetton, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 05-337 | Aaron Masters, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 05-344 | Richard C. Mills, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 05-345 | Bobbie Williams, et al. v. Airco, Inc., et al. |
| NCW 1 05-350 | Douglas E. Mahaffey, et al. v. Aqua-Chem, Inc., et al. |
| **NEW YORK EASTERN** | |
| NYE 1 05-4784 | Carol J. March, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 05-4838 | Carol Peterson, et al. v. A.W. Chesterton Co., et al. |
| NYE 1 05-4839 | Julius L. Shultz, et al. v. A.W. Chesterton Co., et al. |
| NYE 1 05-4933 | Francis G. O'Hara, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 05-4952 | Arlene M. Reyenger, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 05-5140 | Bruno Zagar, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 05-5182 | Natalie Beni, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 05-5553 | Leo G. George v. A.W. Chesterton Co., et al. |
| **NEW YORK SOUTHERN** | |
| NYS 1 05-4404 | Rafael Bueno Suano, et al. v. Garlock Sealing Technologies, LLC, et al. |
| NYS 1 05-4409 | Juan Antonio Consuegra Travieso, et al. v. General Electric Co., et al. |
| NYS 1 05-5508 | James P. Brosnan, et al. v. Amchem Products, Inc., et al. |
| NYS 1 05-8895 | Oscar O. Zavala v. United States Lines, Inc. Reorganization Trust |
| NYS 1 05-10038 | Willard E. Bartel, et al. v. United States Lines, Inc. Reorganization Trust |
| **OHIO NORTHERN** | |
| OHN 1 04-20006 | Donald Miller, et al. v. CSR, Ltd., et al. |
| OHN 1 05-10016 | Robert E. Goodwin v. A-C Product Liability Trust, et al. |
| OHN 1 05-10017 | Carlito C. Simon v. A-C Product Liability Trust, et al. |
| OHN 1 05-10018 | Luis Vazquez v. A-C Product Liability Trust, et al. |
| **PENNSYLVANIA WESTERN** | |
| PAW 2 05-1569 | Mary P. Kummer, etc. v. Allied Signal, Inc., et al. |
| **TEXAS EASTERN** | |
| ~~TXE 1 05-769~~ | ~~Cecil Reuben Jackson, et al. v. Kimberly-Clark Corp.~~ Opposed 2/6/06 |
| ~~TXE 1 05-876~~ | ~~Thomas Vodry Allen, et al. v. Kimberly-Clark Corp., et al.~~ Opposed 2/6/06 |
| TXE 1 05-877 | William Marshall Chandler v. Kimberly-Clark Corp., et al. |
| TXE 1 05-878 | Willie L. Jones v. Kimberly-Clark Corp., et al. |
| ~~TXE 1 05-882~~ | ~~Newbern Brown Adkins, et al. v. Kimberly-Clark Corp., et al.~~ Opposed 2/6/06 |
| **TEXAS SOUTHERN** | |
| ~~TXS 4 05-4094~~ | ~~Jacqueline D. Skinner, et al. v. Atlantic Richfield Co., et al.~~ Opposed 2/9/06 |
| **WASHINGTON WESTERN** | |
| ~~WAW 2 05-1876~~ | ~~Robert Denny, et al. v. Gould Pumps, Inc., et al.~~ Opposed 2/9/06 |
| ~~WAW 2 05-1929~~ | ~~Milton L. Anderson, et al. v. Saberhagen Holdings, Inc., et al.~~ Opposed 2/9/06 |