DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff

FILED
07 NOV 19 PM 1:46
RICHARD W. WIEKING
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | Civil Action No. MDL. 875 |
| This document relates to Randall Kash and George Couris v. Viad Corp.; General Electric Company; United States District Court for the Northern District of California, Case Number 05-4085-CRB | ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF GEORGE COURIS ONLY AND TO EXTEND TIME |

The motion of the law firm of Brayton Purcell LLP for leave to withdraw their appearance as attorneys on behalf of the Plaintiff GEORGE COURIS, was presented for consideration. The Court has considered the motion, and the notice of intent to withdraw and is of the opinion that the motion for leave to withdraw their appearance should be granted,

It is, THEREFORE, ORDERED that the motion of counsel for leave to withdraw their appearance as attorneys of record for the Plaintiff GEORGE COURIS, be and the same is hereby granted.

///
///
///
///

ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF GEORGE COURIS ONLY AND TO EXTEND TIME- -
MDL DOCKET NO. 875

1 | It is FURTHER ORDERED that Plaintiff GEORGE COURT, *in pro per*, shall have until January 31, 2008 to comply with paragraph 6 of the Court's Administrative Order #12 of May 31, 2007.

It is FURTHER ORDERED that the law firm of Brayton Purcell LLP shall provide a copy of this Order to Plaintiff GEORGE COURT, *in pro per*, file a Certificate of Service in the originating Court and provide a copy of the filed Certificate of Service to this transferee Court.

IT IS SO ORDERED.

Dated: October 25, 2007.

James T. Giles
United States District Judge

CLERK TO:

Transmit copy of Order to,

David R. Donadio, Esq
Brayton❖Purcell LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169

*Randall Kash and George Couris v. Viad Corp.; General Electric Company*; United States District Court for the Northern District of California, Case Number 05-4085-CRB; Asbestos MDL-875

ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF GEORGE COURIS ONLY AND TO EXTEND TIME--
MDL DOCKET NO. 875