ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON✥PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAELA KASH, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>VIAD CORP., *et al.*,<br><br>　　　　　Defendants<br><br>―――――――――――――<br>In Re: **MICHAELA KASH** | Case No. 3:05-cv-04085-CRB<br><br>**DISMISSAL OF CLAIMS FOR ASBESTOS EXPOSURE OCCURRING ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT GENERAL ELECTRIC COMPANY, WITH PREJUDICE; ORDER** |

　　　　Plaintiff hereby dismisses all allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to GENERAL ELECTRIC COMPANY and hereby amends his or her complaint(s) accordingly.

///
///
///
///
///

1  Dated: August 13, 2013                  BRAYTON❖PURCELL LLP
2
3
4
                                           By: /s/ David R. Donadio
5                                              DAVID R. DONADIO, ESQ., S.B. #154436
                                               Email: DDonadio@braytonlaw.com
6                                              Tel: (415) 898-1555
                                               Fax: (415) 898-1247
7                                              Attorneys for Plaintiffs
8
9
10 Dated: 8/13/13                          WALSWORTH FRANKLIN BEVINS &
                                           MCCALL LLP
11
12
13
                                           By: _____
14                                             DEREK S. JOHONSON, ESQ., S.B. #220988
                                               Attorneys for Defendant
15                                             GENERAL ELECTRIC COMPANY
16
17
18
   Dated: August 21, 2013                  SO ORDERED:
19
20
21                                         **IT IS SO ORDERED**
22                                         Judge Charles R. Breyer
23                                         United States District Court
                                           Northern District of California
24
25
26
27
28

                                           2
   DISMISSAL OF CLAIMS FOR ASBESTOS EXPOSURE OCCURRING ON OR AFTER DECEMBER 5, 1980
   FROM DEFENDANT GENERAL ELECTRIC COMPANY, WITH PREJUDICE; ORDER